No. 04-01-00668-CV



Oralia CARAVEO,


Appellant



v.



AIU INSURANCE COMPANY,


Appellee



From the 293rd Judicial District Court, Maverick County, Texas


Trial Court No. 000316504


Honorable Cynthia L. Muniz, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: April 24, 2002


DISMISSED

 The parties have filed an agreed joint motion to dismiss the appeal because the parties have
settled and compromised their differences. The motion is granted, and the appeal is dismissed. See
Tex. R. App. P. 43.2(f); Caballero v. Heart of Texas Pizza, L.L.C., No. 04-01-00149-CV, 2001 WL 

1420487, at *1 (Tex. App.--San Antonio Nov. 14, 2001, no pet. h.). In accordance with the parties'
motion, costs of appeal are taxed against appellee AIU Insurance Company.

 PER CURIAM

DO NOT PUBLISH